No. 859. SPERRY PRODUCTS, INC. *v.* ASSOCIATION OF AMERICAN RAILROADS ET AL.; and

No. 860. ASSOCIATION OF AMERICAN RAILROADS ET AL. *v.* SPERRY PRODUCTS, INC. May 3, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of these applications. *Messrs. Stephen H. Philbin* and *John B. Cunningham* for petitioner in No. 859 and respondent in No. 860. *Messrs.*

*L. B. Mann, Robert C. Brown, Jr.,* and *Louis J. Carruthers* for respondents in No. 859 and petitioners in No. 860.